**Electronically Filed
Supreme Court
SCPW-25-0000075
25-AUG-2025
02:15 PM
Dkt. 41 ODDP**

SCPW-25-0000075

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RIKA SHIMIZU, Petitioner,

vs.

THE HONORABLE LISA W. CATALDO,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

R.T., a minor; TOMOKO MATSUKAWA; MINA TAKAMURA; TAKESHI NANBU,
Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-20-0000521)

<u>ORDER DENYING PETITION</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Copeland, in place of Devens, J., recused)

Upon consideration of the petition for writ of mandamus or

extraordinary writ filed February 11, 2025,[1] and the record,

_____

[1]    The petition for extraordinary writ filed at docket 1 is much too long because it totals 136 pages, exclusive of the cover page, case caption on the first page of the petition, and the single page displaying the envelope used to mail the petition to this court.  Docket 1 does not contain any exhibits or appendices.

Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawaiʻi Revised Statutes § 641-1(a) (2016).

It is ordered that the petition is denied.

It is further ordered that the motion to proceed in forma pauperis is dismissed, the motion for stay is denied as moot, and all other pending motions are denied.

DATED:  Honolulu, Hawaiʻi, August 25, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Rebecca A. Copeland

---

The page limit for a petition for extraordinary writ is 35 pages, exclusive of any cover page, appendices, and exhibits. See Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 28(a), 28(f); see also HRAP Rules 1(d), 16, 17; Hawaiʻi Rules of Civil Procedure Rule 8(a). Unless leave is granted to exceed the page limitation, Petitioner is instructed to comply with the 35-page limit in any future petitions for extraordinary writ that are filed with this court. See HRAP Rule 1(d) ("Attorneys and pro se parties are deemed to be aware of, and are expected to comply with, all of the provisions of these rules.").